IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| STEVE CARL KING, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 1:15-cv-00031 |
| v. ) | Senior Judge Haynes |
| ) | |
| GERALD McALLISTER, Warden, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 21), to which petitioner filed objections (Docket Entry No. 22). After de novo review, the Magistrate Judge considered the issues raised in petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Docket Entry No. 1). The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and accordingly petitioner's petition (Docket Entry No. 1) is **DENIED** and this action is **DISMISSED without prejudice**.

Pursuant to 28 U.S.C. § 2253(c), the Court **GRANTS** a Certificate of Appealability.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 9th day of March, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge